***********
A new paragraph 1(a) is inserted immediately after paragraph 1 of the FINDINGS OF FACT, as follows:
1(a). The employment and wage information in this case indicate an average weekly wage of $1,080.15. These wages are sufficient to justify the maximum compensation rate at the time of plaintiff's injury of $620.00 per week.
 ***********
Except as changed above, the Opinion and Award filed herein on June 3, 2004, remains unchanged.
This 11th day of June 2004.
 S/_____________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
 S/___________________ BERNADINE S. BALLANCE COMMISSIONER
 S/_____________ PAMELA T. YOUNG COMMISSIONER